IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PHYLLIS JONES and FRANK SINKWICH as Executors of the Estate of SADIE MILLER ANDERSON,<br><br>Plaintiffs,<br><br>v.<br><br>PARKWOOD LIVING CENTER, LLC, and HMR ADVANTAGE HEALTH SYSTEMS, INC.,<br><br>Defendants. | CASE NO. 1:09-CV-3090 TWT |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiffs Phyllis Jones and Frank Sinkwich, as Executors of the Estate of Sadie Miller Anderson ("Plaintiffs") and Defendants Parkwood Living Center, LLC and HMR Advantage Health Systems, Inc. ("Defendants"), and pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of all claims asserted, or which could have been asserted, in the above-styled action by Plaintiffs against Defendants, with each party to bear its own costs and fees.

*[Signature Page Follows]*

Consented to this 18th day of January, 2011.

PARKS CHESIN & WALBERT, P.C.

*[signature]*

_____
Thomas D. Trask
Georgia Bar No. 715620
E-mail: ttrask@pcwlawfirm.com
75 Fourteenth Street
26th Floor
Atlanta, GA 30309
(404) 873-8000 (phone)
(404) 873-8050 (fax)

Raymond V. Giudice
Georgia Bar No. 296272
HART & GIUDICE, LLC
1445 Resurgens Plaza
945 East Paces Ferry Road
Atlanta, Georgia 30326
(404) 816-5445 (phone)
(404) 816-6525 (fax)

*Attorney for Plaintiffs*

ARNOLD GOLDEN GREGORY LLP

*[signature]*

_____
Jason E. Bring
Georgia Bar No. 082498
E-mail: jason.bring@agg.com
171 17th Street, NW
Suite 2100
Atlanta, GA 30363
(404) 873-8500 (phone)
(404) 873-8501 (fax)

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

> Jason E. Bring
> Arnall Golden Gregory LLP
> 171 17th Street, NW
> Suite 2100
> Atlanta, Georgia 30363
>
> Raymond V. Giudice, Esq.
> Hart & Giudice, LLC
> 1445 East Paces Ferry Road
> Atlanta, Georgia 30326

This 10th day of February, 2011.

                                                  /s/ Thomas D. Trask
                                                  Thomas D. Trask, Esq.

Thomas D. Trask, Esq.
Parks, Chesin & Walbert, P.C.
75 Fourteenth Street, 26th Floor
Atlanta, Georgia 30309